**Order entered April 27, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00379-CV

**NEWSOM, TERRY & NEWSOM, LLP AND STEVEN K. TERRY,**
**Appellants**

**V.**

**HENRY S. MILLER COMMERCIAL COMPANY, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-01306-G**

### ORDER

As ordered to do so, appellants have provided written verification of payment for the reporter's record. Accordingly, we **ORDER** the reporter's record be filed no later than May 14, 2020. We **DENY** court reporter Brooke Wagner's April 24, 2020 extension request **as moot.**

We **DIRECT** the Clerk of the Court to send a copy of this order to Tina Thompson, Official Court Reporter for the 134th Judicial District Court; court reporter Brooke Wagner; and, the parties.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE